**Entered on Docket**
**August 16, 2010**

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

The Bank of New York Mellon FKA
10-72083

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-18587-lbr |
|---|---|
| Celso Amezquita and Belem Amezquita | Date: 8/4/2010<br>Time: 10:30 am |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor The Bank of New York Mellon FKA, its assignees and/or successors in interest, of the subject property, generally described as 1709 Patrick Thomas Court, North Las Vegas, NV 89086.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

Submitted by:

**WILDE & ASSOCIATES**

By:

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Anthony Deluca
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Joseph B. Atkins
Chapter 7 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____   The court has waived the requirements set forth in LR 9021(b)(1).
_____   No party appeared at the hearing or filed an objection to the motion.
__x_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and
        any unrepresented parties who appeared at the hearing, and each has approved or
        disapproved the order, or failed to respond, as indicated below [list each property and
        whether the party has approved, disapproved, or failed to respond to the document]:

__x_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
        motion pursuant to LR 9014(g), and that no party has objected to the form or content of the
        order.

Debtor's counsel:
_____   approved the form of this order          _____   disapproved the form of this order
_____   waived the right to review the order and/or   __x__  failed to respond to the document
_____   appeared at the hearing, waived the right to review the order
_____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____   approved the form of this order          _____   disapproved the form of this order
_____   waived the right to review the order and/or   __x___  failed to respond to the document

_____   This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
        counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
        parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
        respond, as indicated below.

Debtor's counsel:
_____   approved the form of this order          _____   disapproved the form of this order
_____   waived the right to review the order and/or   _____   failed to respond to the document
_____   appeared at the hearing, waived the right to review the order
_____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____   approved the form of this order          _____   disapproved the form of this order
_____   waived the right to review the order and/or   _____   failed to respond to the document

_____   I certify that I have served a copy of this order with the motion, and no parties appeared or filed
        written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor